Filed 11/9/23  In re J.P. CA2/8

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION EIGHT

| | |
|---|---|
| In re J.P., a Person Coming Under the Juvenile Court Law. | B323236 |
| LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>LUIS R.,<br><br>Defendant and Appellant. | Los Angeles County Super. Ct. No. 22CCJP02390A |

APPEAL from an order of the Superior Court of Los Angeles County.  Tamara E. Hall, Judge.  Appeal dismissed.

Paul A. Swiller, under appointment by the Court of Appeal, for Defendant and Appellant.

Dawn R. Harrison, County Counsel, Kim Nemoy, Assistant County Counsel, and Kelly G. Emling, Deputy County Counsel, for Plaintiff and Respondent.

————————————

The father in this dependency case, Luis R., appealed the juvenile court's August 29, 2022 dispositional orders placing his daughter with her maternal aunt and declining father's request that the child be placed with him.

On September 25, 2023, the juvenile court terminated dependency jurisdiction over the minor child, awarding mother sole physical and legal custody with monitored visits for father, and stayed the order pending receipt of a juvenile custody order. On October 24, 2023, the juvenile custody order was filed, the stay was lifted, jurisdiction was terminated, and the minor was released to her mother.

On October 25, 2023, we sent a Government Code letter advising the parties we intended to dismiss the appeal as moot unless they establish dismissal is not proper. The deadline for responses has passed. The Los Angeles County Department of Children and Family Services has not responded to our letter. Father filed a letter on October 30, 2023, "submitting the mootness issue to the Court" and stating no letter brief would be filed.

Accordingly, we conclude the appeal is moot.

## DISPOSITION

The appeal is dismissed.


GRIMES, J.


WE CONCUR:



STRATTON, P. J.        WILEY, J.